UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KISHA WILLIAMS, individually and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PROTESTANT MEMORIAL MEDICAL CENTER, INC. D/B/A MEMORIAL HOSPITAL-BELLEVILLE,<br><br>    Defendant. | Case No. 1:23-cv-15611<br><br>Hon. John Robert Blakey |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Kisha Williams ("Plaintiff") and Defendant Protestant Memorial Medical Center, Inc. d/b/a Memorial Hospital-Belleville ("Defendant") (together, "the Parties"), hereby stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice, without costs to either party.

Date: July 24, 2024

By:   /s/Kyle D. McLean

David J. DiSabato
Kyle D. McLean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151-0099
Tel: (212) 532-1091
*ddisabato@sirillp.com*
*kmclean@sirillp.com*

Edward A. Wallace
Mark R. Miller
Molly C. Wells
**WALLACE MILLER**

By:   /s/Ada W. Dolph

Ada W. Dolph
Ala Salameh
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-1511
Tel: (312) 324-1000
Fax: (312) 324-1001
*adolph@seyfarth.com*
*asalameh@seyfarth.com*

*Counsel for Defendant*

150 North Wacker Drive, Suite 2800
Chicago, IL  60606-1511
Tel: (312) 261-6193
*eaw@wallacemiller.com*
*mrm@wallacemiller.com*
*mrm@wallacemiller.com*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on July 24, 2024, I caused a copy of the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will provide electronic notice to all counsel of record.

/s/Kyle D. McLean